NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**MICHAEL STERN AND DIGIFLO, INC.,**
*Plaintiffs-Appellants,*

**v.**

**SEQUAL TECHNOLOGIES, INC.,**
*Defendant-Appellee.*

_____

2012-1207

_____

Appeal from the United States District Court for the Western District of Washington in No. 10-CV-1257, Judge James L. Robart.

_____

**JUDGMENT**

_____

PHILIP P. MANN, Mann Law Group, of Seattle, Washington, argued for plaintiffs-appellants. Of counsel on the brief was JOHN WHITAKER, Whitaker Law Group, of Seattle, Washington.

ANDREW D. SKALE, Mintz Levin Cohn Ferris Glovsky and Popeo P.C., of San Diego, California, argued for defendant-appellee.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 9, 2012      /s/ Jan Horbaly
Date      Jan Horbaly
Clerk